FILED
October 13, 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____MM_____
                 DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **6:20-CR-00149-001** |
| Plaintiff | * | INDICTMENT |
| V. | * | [VIO: 18 U.S.C. 1470 – Transfer of Obscene Matter to a Minor] |
| JOSEPH DEVEREAUX FARRAND, JR. | * | |
| Defendant | * | |

THE GRAND JURY CHARGES:

From on or about February 19, 2020, and continuing until on or about March 7, 2020, the exact dates unknown to the Grand Jury, in the Western District of Texas and elsewhere, the Defendant,

**JOSEPH DEVEREAUX FARRAND, JR.,**

did knowingly use the internet, a facility and means of interstate commerce, to attempt to transfer obscene matter to another individual who had not attained the age of sixteen (16) years, knowing that the other individual had not attained the age of sixteen (16) years, in violation of Title 18, United States Code, Section 1470.

A TRUE BILL:

Original Signature Redacted Pursuant to E-Government Act of 2002

FOREPERSON

GREGG N. SOFER
United States Attorney

By: GREGORY S. GLOFF
Assistant United States Attorney